IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH K. GOOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:07-0919 |
| | ) JUDGE TRAUGER/KNOWLES |
| | ) |
| | ) JURY DEMAND |
| | ) |
| TRUMAN L. JONES, individually and | ) |
| as Sheriff of Rutherford County, | ) |
| Tennessee; CURTIS LITTLE, in his | ) |
| capacity as a Rutherford County | ) |
| Sheriff's Deputy and individually; | ) |
| BILL COPE, in his capacity as a | ) |
| Rutherford County Sheriff's Deputy | ) |
| and individually; and BOB ASBURY, | ) |
| in his capacity as a Rutherford County | ) |
| Sheriff's Deputy Chief and individually, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon "Defendants' Motion to Dismiss for Failure to Prosecute." Docket No. 29. The Motion states that Plaintiff, a former inmate at the Rutherford County Adult Detention Center, had been discharged and had not provided the Court or Defendants' counsel with a forwarding address.

The same day the Motion was filed, Plaintiff submitted a notice of his new address to the Clerk. Docket No. 30.

For the foregoing reasons, "Defendants' Motion to Dismiss for Failure to Prosecute" should be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have ten (10) days from receipt of any objections filed in this Report in which to file any response to said objections. Failure to file specific objections within ten (10) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

_____
E. Clifton Knowles
United States Magistrate Judge