```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

JOSEPH K. GOOCH,                     )
                                     )
        Plaintiff                    )
                                     )
v.                                   )
                                     )
TRUMAN L. JONES, individually        )
and as Sheriff of Rutherford         )
County, Tennessee; CURTIS LITTLE     )    No. 3:07-0919
in his capacity as Rutherford        )    Judge Trauger/Brown
County Sheriff's Deputy and          )    **Jury Demand**
individually; BILL COPE, in his      )
capacity as a Rutherford County      )
Sheriff's Deputy and individually;   )
and BOB ASBURY, in his capacity      )
as a Rutherford County Sheriff's     )
Deputy Chief and individually,       )
                                     )
        Defendants                   )

## **O R D E R**

The Defendants have filed a motion to compel the Plaintiff to respond to their interrogatories and requests for production, as well as an award of expenses (Docket Entry 35).

The Magistrate Judge has reviewed this pleading and the affidavit of Mr. Mantooth. The Defendants are entitled to responses to their requests for production of documents and interrogatories. The Plaintiff is directed to answer these requests on or before **April 4, 2008**.

The Plaintiff is specifically warned that failure to respond to these requests can result in a recommendation from the Magistrate Judge that his case be dismissed for failure to obey a Court order and failure to prosecute.

The Plaintiff is also reminded that it is his responsibility to keep a current address on file with the Clerk's office at all times.

The Defendants have requested costs for filing their motion to compel. The Plaintiff is *pro se* in this matter and the Magistrate Judge does not believe that his conduct is such that it justifies the imposition of costs at this time. The Plaintiff is warned, however, that costs can be awarded should he fail to comply with the Federal Rules of Civil Procedure and Court orders.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge