IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH K. GOOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:07-0919 |
| ) | Judge Trauger |
| TRUMAN L. JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On May 12, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 42) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusion so of law of this court. It is hereby **ORDERED** that the defendants' Motion to Dismiss For Failure to Prosecute (Docket No. 39) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** for the plaintiff's failure to prosecute and his failure to comply with court orders.

It is so **ORDERED**.

ENTER this 30th day of May 2008.

_____
ALETA A. TRAUGER
U.S. District Judge